IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | **Civil Action No.** 3:12-CV-5295-L-BK |
| v. | § | |
| | § | |
| **MATTHEW ALLEN MYERS,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Before the court is Garnishee's Motion to Quash Service and Writs of Garnishment (unnumbered docket entry dated February 12, 2013) included in Garnishee's Original Answer; and the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), entered on April 22, 2013, recommending that the motion be denied as moot. No objections were filed. After reviewing the motion, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies as moot** Garnishee's Motion to Quash Service and Writs of Garnishment.

**It is so ordered** this 10th day of May, 2013.

/s/ Sam A. Lindsay
Sam A. Lindsay
United States District Judge

Order – Solo Page